# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 4, 2022

Lyle W. Cayce
Clerk

No. 21-50349

Gloria V., as Parent/Guardian/Next Friend of B. V., a minor individual with a disability,

*Plaintiff—Appellant*,

*versus*

Wimberley Independent School District,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:19-CV-951

Before King, Graves, and Ho, *Circuit Judges*.

Per Curiam:*

Gloria V., on behalf of her son B.V., appeals from the district court's grant of summary judgment, on the administrative appeal record, to Wimberley Independent School District and affirmance of the Special Education Hearing Officer's denial of B.V.'s claims under the Individuals

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-50349

with Disabilities Education Act, 20 U.S.C. § 1400 et seq. This court has considered this appeal on the basis of the briefs, record, and applicable law in this matter. Having done so, the order of the district court is AFFIRMED.